IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

RANDOLPH WALLACE BOULDEN,

                Petitioner,

    v.                                                  ORDER
                                                        07-C-602-S
MICHAEL FROSETH and
ANTHONY PUCILLO,

                Respondents.
_____

    Petitioner has submitted a complaint and a request to proceed <u>in forma pauperis</u>.  Before his request can be addressed he shall submit an affidavit of indigency and a certified copy of his trust fund account statement for the last six months or pay the $350.00 filing fee.

    Failure to submit this information or the filing fee by November 7, 2007 may result in dismissal of this action for failure to prosecute.

                                  ORDER

    IT IS ORDERED that petitioner shall submit his affidavit of indigency and trust fund account statement or the filing fee by November 7, 2007 or this action may be dismissed for his failure to prosecute.

    Entered this <u>25th</u> day of October, 2007.

                                BY THE COURT:

                                _____/s/_____
                                JOHN C. SHABAZ
                                District Judge