IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RANDOLPH WALLACE BOULDEN,

                                         ORDER

        Plaintiff,

                                     3:07-cv-00602-jcs

    v.

MICHAEL FROSETH and
ANTHONY PUCILLO,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Because Judge Shabaz will be convalescing from shoulder surgery for a period of not less than sixty days beginning February 1, 2008, I have assumed administration of the cases previously assigned to him, including this one. Therefore, the scheduling order entered in this case on December 14, 2007 is VACATED. The clerk of court is requested to schedule a status conference before United States Magistrate Judge Stephen Crocker so that a new trial date may be set and adjustments can be made to the schedule so as to fit within the

1

calendar of this court.

    Entered this 4th day of February, 2008.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge