IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RANDOLPH WALLACE BOULDEN,

        Plaintiff,                             ORDER

v.

                                        07-cv-602-bbc

MICHAEL FROSETH and
ANTHONY PUCILLO,

        Defendants.

---

Plaintiff has been filing with the court copies of his routine discovery demands to defendants' attorney. *See* dkts. 20, 21 and 25. He should stop this. The February 26, 2008 preliminary pretrial conference order states that "the court does not want the parties to file their discovery material with the court, except to support some other matter in this lawsuit, such as a summary judgment motion." If there is a discovery dispute that requires court action, then plaintiff may file a motion to compel or to protect. Otherwise, he should not clutter the court's docket with unnecessary submissions.

        Entered this 28th day of March, 2008.

                                        BY THE COURT:

                                        /s/

                                        _____
                                        STEPHEN L. CROCKER
                                        Magistrate Judge